

# NUMBER 13-03-00527-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

---

**MARK EDWARD JACKSON JR.,**                                    **Appellant,**

**v.**

**THE STATE OF TEXAS,**                                    **Appellee.**

---

### On appeal from the 24th District Court
### of Calhoun County, Texas.

---

## ORDER WITHDRAWING RECORD

**Before Chief Justice Contreras and Justices Benavides and Silva**
**Order Per Curiam**

The mandate in the above numbered and entitled cause was issued on November 10, 2004. The District Attorney of Calhoun County, Texas now requests access to the record in order to respond to appellant's request for scientific testing. Having considered the motion, the Court is of the opinion that the request should be granted. The request to access the record is hereby granted by order.

The record, consisting of the clerk's and reporter's record, is ordered to be withdrawn and made available to the Honorable W.A. White, assistant district attorney of Calhoun County, Texas on this date; he shall make arrangements for delivery of the record, at his expense, with the Clerk of the Court within five days.

Furthermore, the Honorable W.A. White is hereby ORDERED to return the record in cause number 13-03-00527-CR to this Court on or before September 20, 2021, or, if the Honorable W.A. White is unable to return the record at that time, to file a response and motion in this Court by notifying this Court of the status of the case and requesting a further extension on the return of the record.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed on the
24th day of August, 2021.

2